# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| ANTHONY MERLO, | Case No. 18-cv-03943-BLF |
|---|---|
| Plaintiff, | |
| v. | **ORDER MOOTING DEFENDANT'S MOTION TO DISMISS AND VACATING OCTOBER 25, 2018 HEARING** |
| CITY OF PALO ALTO, | |
| Defendant. | |

On August 24, 2018, Defendant City of Palo Alto ("Defendant") filed a Motion to Dismiss Plaintiff's First Amended Complaint. ECF 19. On August 31, 2018, this Court granted Plaintiff's request to amend the Complaint, having liberally construed Plaintiff's request, and gave Plaintiff until September 21, 2018 to amend. ECF 23. On September 6, 2018, Plaintiff filed his Second Amended Complaint. ECF 24. As a result of Plaintiff's Second Amended Complaint, Defendant's pending Motion to Dismiss is MOOTED and the hearing on Defendant's Motion to Dismiss set for October 25, 2018 is hereby VACATED. Plaintiff is informed that he may not amend his Complaint again without further leave of Court.

**IT IS SO ORDERED.**

Dated: September 7, 2018

_____
BETH LABSON FREEMAN
United States District Judge